IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:20CR073 |
| Plaintiff, | : | JUDGE THOMAS M. ROSE |
| vs. | : | |
| | : | ORDER |
| KALANI RAMIR GRIER, | : | |
| Defendant. | : | |

Upon Motion of United States pursuant to the provisions of Rule 48(a) of the Federal Rules of Criminal Procedure and for good cause shown, the Information (R. 26) filed on July 28, 2020, against KALANI RAMIR GRIER is hereby dismissed without prejudice.

DATE: 4/15/21

JUDGE THOMAS M. ROSE
UNITED STATES DISTRICT COURT